1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11    RICHARD COKER,                          No.  1:25-cv-00224 JLT SKO (HC)

12              Petitioner,                   ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS DENYING
13         v.                                 PETITION FOR WRIT OF HABEAS
                                              CORPUS, AND DIRECTING CLERK OF
14                                            COURT TO ENTER JUDGMENT AND
                                              CLOSE CASE
15    WARDEN, USP-ATWATER,
                                              (Doc. 8)
16              Respondent.

17

18         Richard Coker is a federal prisoner proceeding *pro se* and *in forma pauperis* with a

19    petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a

20    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         The assigned Magistrate Judge issued Findings and Recommendations to deny the petition

22    on its merits.[1] (Doc. 8). After receiving an extension of time (Doc. 10), Petitioner filed objections.

23    (Doc. 11).

24         According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

25    case. In his objections, Petitioner argues error in finding he constructively possessed the

26    dangerous weapon found in the pocket of a coat hanging in the common area of his shared cell

27    _____

28    [1] The Court does not reach the motion to dismiss included with Respondent's response to the §
      2241 petition. (*See* Doc. 6.)

                                             1

1    because the Federal Bureau of Prisons Disciplinary Hearing Officer failed to consider his

2    cellmate's admission in the cellmate's separate disciplinary proceeding, that "It's mine.  My cellie

3    didn't know about it." (Doc. 11 at 2).

4          Having carefully reviewed the matter, the Court concludes the Findings and

5    Recommendations are supported by the record and proper analysis.  As discussed by the

6    Magistrate Judge, the cellmate's statement does not demonstrate that the BOP denied Petitioner

7    due process. It is undisputed that the weapon was discovered in a common area of the cell,

8    Petitioner was found guilty based on constructive possession. As noted by the Magistrate Judge,

9    the "some evidence" standard may be satisfied by application of the constructive possession

10   doctrine. *See e.g., McCloud v. Lake*, 2019 WL 283709, at *4 (E.D. Cal. Jan. 22, 2019), *aff'd,* 787

11   F. App'x 483 (9th Cir. 2019) (unpublished) (collecting cases).

12         In the event a notice of appeal is filed, a certificate of appealability will not be required

13   because this is not a final order in a habeas proceeding in which the detention complained of

14   arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th

15   Cir. 1997). Based upon the foregoing, the Court **ORDERS**:

16         1.     The Findings and Recommendations issued on May 29, 2025, (Doc. 8), are

17                **ADOPTED** in full.

18         2.     The petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

19         3.     The Clerk of Court is directed to enter judgment and close the case.

20

21   IT IS SO ORDERED.

22      Dated:    **November 1, 2025**

                                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                                2