UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD COKER,                          )        Case No: 1:25-CV-00224-1-JLT
                                        )        CA Case No: 25-7589
            Petitioner/Appellant,       )
                                        )        **ORDER APPOINTING COUNSEL**
      vs.                               )
                                        )
J. DOERER,                              )
                                        )
            Respondent/Appellee.        )
                                        )

     The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint counsel to represent him on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

     1.     Tony F. Farmani, be appointed to represent the above defendant in this case effective *nunc pro tunc* to May 20, 2026. This appointment shall remain in effect until further order of this court.


IT IS SO ORDERED.

     Dated:   **May 29, 2026**

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE